171 So. 923

### Irving HOOD v. STATE.
### 6 Div. 66.

Court of Appeals of Alabama.
Dec. 15, 1936.

RICE, Judge.
Affirmed.

168 So. 905

### Bud HORTON v. CITY OF BIRMINGHAM.
### 6 Div. 952.

Court of Appeals of Alabama.
May 5, 1936.

SAMFORD, Judge.
Appeal dismissed.

169 So. 909.

### Everett S. HORTON v. STATE.
### 8 Div. 276.

Court of Appeals of Alabama.
May 26, 1936.

SAMFORD, Judge.
Appeal dismissed.

165 So. 917

### Everett S. HORTON v. STATE.
### 8 Div. 277.

Court of Appeals of Alabama.
Feb. 4, 1936.

SAMFORD, Judge.
Affirmed.

164 So. 919

### Beechie HOWARD v. STATE.
### 4 Div. 174.

Court of Appeals of Alabama.
Nov. 26, 1935.

Roy L. Smith, of Phenix City, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

170 So. 922

### Jesse HOWARD v. STATE.
### 5 Div. 4.

Court of Appeals of Alabama.
Nov. 24, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

170 So. 926

### Jesse HOWARD v. STATE.
### 5 Div. 999.

Court of Appeals of Alabama.
Nov. 24, 1936.

RICE, Judge.
Appeal dismissed.

170 So. 925

### Miner HUBBARD v. STATE.
### 2 Div. 595.

Court of Appeals of Alabama.
Nov. 17, 1936.

SAMFORD, Judge.
Affirmed.